Commonwealth *v.* Woods, Appellant.

Submitted November 8, 1971. *Sallie Ann Radick* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert. W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Community College of Beaver County *v.* Monaca Borough School District, Appellant.

Argued November 8, 1971. *John G. Good, Jr.,* with him *Good & Marshall,* for appellant; *J. S. Ruffner,* with him *Harold E. Craig,* and *Craig & Ruffner,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.